UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:
TERRI STEFFEN,
    Debtor.
_____

TERRI L. STEFFEN,

    Appellant,

v.                                         CASE NO: 8:09-cv-1953-T-26

STEVEN M. BERMAN, SETH P. TRAUB,
JENAY E. IURATO, DOUGLAS N. MENCHISE,
and SHUMAKER, LOOP & KENDRICK, LLP,

    Appellees.
_____/

# **O R D E R**

**UPON DUE CONSIDERATION**, it is **ORDERED AND ADJUDGED** as follows:

    1)    Appellees' Motion to Consolidate Appeals (Dkt. 11) is **granted**.

    2)    This case is consolidated with the following cases for appellate review:

(1) 09-cv-1955, (2) 09-cv-2081, (3) 09-cv-2082, and (4) 09-mc-73. The clerk shall file this Order in each of those cases.

3) All future briefs, pleadings, and orders in these cases shall bear the caption of this Order.

4) Appellants in all of these cases, with the exception of case number 09-mc-73, shall file their initial briefs on or before **November 24, 2009**.

5) Appellees in all of these cases, with the exception of case number 09-mc-73, shall file their answer briefs **within fifteen (15) days** after service of Appellants' initial briefs.

6) Appellants in each of these cases, with the exception of 09-mc-73, shall file their reply briefs **within ten (10) days** after service of Appellees' answer briefs.

7) The clerk is directed to **administratively close** case numbers 09-cv-1955, 09-cv-2081, 09-cv-2082, and 09-mc-73.

**DONE AND ORDERED** at Tampa, Florida, on November 9, 2009.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>COPIES FURNISHED TO</u>:
Counsel of Record